# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SANDRA WILLIAMS,**

  **Plaintiff,**

-VS-                         **CASE NO.:**

**EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,
PERFORMANT RECOVERY, INC., f/k/a
DIVERSIFIED COLLECTION
SERVICES, INC., PIONEER CREDIT
RECOVERY, INC.,**

  **Defendants.**

_____/

## COMPLAINT

1.    Plaintiff alleges violation of the Florida Consumer Collection Practices Act, Fla. Stat.

§559.55 *et seq*. ("FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.*

("FDCPA").

### JURISDICTION AND VENUE

2.    Jurisdiction and venue for purposes of this action are appropriate and conferred by 28

U.S.C. §1331.

3.    The alleged violations described in the Complaint occurred in Polk County, Florida.

### FACTUAL ALLEGATIONS

4.    Plaintiff is a natural person, and citizen of the State of Florida, residing in Polk County,

Florida

5.    Plaintiff is a "debtor" or "alleged debtor" as defined by Chapter 559.55(2), Florida

Statutes.

6.    Plaintiff is a "consumer" as defined in 15 U.S.C. §1692(a)(3).

7.    The debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute §559.55(1) and U.S.C. § 1692(a)(5).

8.    Defendant, Educational Credit Management Corp., (hereinafter "ECMC") is a corporation which was formed in Minnesota with its principal place of business at 1 Imation Place, Building 2, Oakdale, MN 55128 and conducting business in the state of Florida through its registered agent, C T Corporation System.

9.    Defendant ECMC is a "creditor" as defined by Florida Statute § 559.55(3).

10.    Defendant ECMC consented to and has knowledge and control of the collection activities of its agents and representative, including supervisors, managers, affiliates, subsidiaries, divisions, employees, servants, partners, agents, vendors, assignees, transferees, collectors and/or contractors, specifically Performant Recovery Inc., f/k/a Diversified Collection Services, Inc and Pioneer Credit Recovery Inc.

11.    Defendant, Performant Recovery Inc., f/k/a Diversified Collection Services, Inc. (hereinafter "Performant") is a corporation which was formed in California with its principal place of business at 333 North Canyons Parkway, Suite 100, Livermore, CA 94551 and conducting business in the state of Florida through its registered agent, C T Corporation System.

12.    Defendant, Performant, is a "debt collector" as defined by Florida Statute § 559.55(6) and 15 U.S.C. § 1692(a)(6).

13.    Defendant, Pioneer Credit Recovery Inc. (hereinafter "Pioneer") is a corporation which was formed in Delaware with its principal place of business at 26 Edward Street, Arcade, NY, 14009 and conducting business in the state of Florida through its registered agent, Corporation Service Company.

14.    Defendant, Pioneer, is a "debt collector" as defined by Florida Statute § 559.55(6) and 15 U.S.C. § 1692(a)(6).

2

15.     On or about April 8, 2010, Plaintiff received a letter from Defendant, ECMC, attempting to collect on a defaulted student loan. [See attached **Exhibit A**]

16.     Plaintiff does not now, nor has she ever taken out a student loan.

17.     On or about April 27, 2010, Plaintiff received another letter from Defendant, ECMC, attempting to collect on a defaulted student loan. [See Attached **Exhibit B**].

18.     Plaintiff contacted Life Lock, a company whose credit protection services she obtained, regarding the correspondence from Defendant, ECMC, and their attempt to collect on a debt she did not owe. A Life Lock agent, Kathy McCollock, identified this tactic as a common scam to gather individuals personal information and informed Plaintiff she should never give out personal information, including her Social Security Number.

19.     On or about May 3, 2010, Plaintiff called Defendant, ECMC, to inform them of the mistake, as she did not have any outstanding student loans, and in fact, never had student loans at all. Plaintiff was transferred to an agent or representative of Defendant, ECMC, named "Steve" in the records department who asked Plaintiff for her social security number. Plaintiff stated she was not comfortable providing that information.

20.     Later the same day, on or about May 3, 2010, the Life Lock representative Kathy, contacted "Steve" at Defendant, ECMC, and left him a voicemail asking him to return her call and remove Plaintiff's name from their contact list. "Steve" never returned the call.

21.     On or about August 7, 2012 Plaintiff received a letter from Defendant, Performant, attempting to collect on a defaulted student loan on behalf of Defendant, ECMC. [See Attached **Exhibit C**].

22.     On or about August 13, 2012, Plaintiff mailed Defendant, Performant, known at the time as DCS, a letter disputing the validity of the alleged debt in the amount of $11,752.48. [See Attached **Exhibit D**].

3

23.     On or about August 28, 2012, despite Plaintiff's previous letter disputing the validity of the debt, Defendant, Performant, sent Plaintiff another letter attempting to collect an alleged debt Plaintiff did not owe. [See Attached **Exhibit E**].

24.     On or about September 9, 2012, despite Plaintiff's August 13, 2012 letter disputing the validity of the debt, Defendant, Performant, sent Plaintiff a collection letter titled "Advisory Notice" in an attempt to collect a defaulted student loan in the amount of $11,782.14, which Plaintiff did not owe. [See Attached **Exhibit F**].

25.     Due to Defendants' repeated collection attempts despite having actual knowledge Plaintiff not only disputed the debt, but was the entirely wrong individual, Plaintiff retained the services of Attorney Robert Sammons. On or about September 24, 2012, Attorney Sammons sent a cease and desist letter on behalf of Plaintiff, to Defendant, Performant, explaining that at the time the alleged debt was incurred, Plaintiff's name was not even Sandra Williams, but instead "Sandra Krotki." [See Attached **Exhibit G**]

26.     Despite both Defendant, ECMC, and Defendant, Performant, were informed that Plaintiff was not the correct "Sandra Williams," and Plaintiff has retained an attorney, the account was forwarded to yet another collection agency, Defendant, Pioneer.

27.     On or about September 17, 2013, Plaintiff received a letter from Defendant, Pioneer, attempting to collect on a defaulted student loan in the amount of $12,196.41. [See Attached **Exhibit H**].

28.     On or about October 3, 2013, Attorney Sammons sent Defendant, Pioneer, a cease and desist letter via certified mail, instructing Defendant, Pioneer, that Plaintiff had retained counsel, was not "Sandra Williams" at the time the debt was incurred and requesting a verification and validation of the alleged debt. [See Attached **Exhibit I**].

4

29.     Despite Plaintiff's repeated attempts to stop Defendants' illegal collection of a debt she does not owe, on or about October 14, 2013, Plaintiff receives a letter from Defendant, ECMC, titled "Notice of Default" from Defendant, ECMC. [See Attached **Exhibit J**].

30.     On or about October 23, 2013, Attorney Sammons sent Defendant, ECMC, a cease and desist letter via certified mail, instructing Defendant, ECMC, that Plaintiff had retained counsel, was not "Sandra Williams" at the time the debt was incurred and requested a verification and validation of the alleged debt. [See Attached **Exhibit K**].

31.     On or about October 25, 2013, Defendant, ECMC, sent a letter directly to Plaintiff acknowledging that although they had received correspondence from Plaintiff's attorney, that Plaintiff did not become Sandra Williams until her marriage in 2007, and that Plaintiff had a different social security number, that they, Defendant, ECMC, would  will not stop attempting to collect from Plaintiff until she provides Defendant, ECMC, with copies of her Social Security Card, Birth Certificate as well as Driver's License. [See Attached **Exhibit L**].

32.     On or about January 28, 2014, Defendant, ECMC, sent Plaintiff another letter attempting to collect a student loan in the amount of $12,396.32. [See Attached **Exhibit M**].

33.     Defendant ECMC's repeated attempts to collect a debt from Plaintiff, despite being informed she never incurred such debt, lead Plaintiff to believe the means of stopping the harassment was to pay the debt.

34.     These collections attempts occurred on behalf of, and at the direction of, the account owner and creditor, Defendant, ECMC, thereby making Defendant, ECMC, vicariously liable for the acts of its agents and representatives, specifically, Defendant, Performant, and Defendant, Pioneer.

35.     Defendant, ECMC, attempted to collect a debt from the Plaintiff by this campaign of harassing and abusive conduct.

36.     Defendant, Performant, attempted to collect a debt from the Plaintiff by this campaign of harassing and abusive conduct.

37.     Defendant, Pioneer, attempted to collect a debt from the Plaintiff by this campaign of harassing and abusive conduct.

38.     Defendant, ECMC, has a corporate policy to harass and abuse individuals despite actual knowledge that the contacted parties do not owe the alleged debt.

39.     Defendant, Performant, has a corporate policy to harass and abuse individuals despite actual knowledge that the contacted parties do not owe the alleged debt.

40.     Defendant, Pioneer, has a corporate policy to harass and abuse individuals despite actual knowledge that the contacted parties do not owe the alleged debt.

## COUNT I
### (Violation of the FCCPA- ECMC)

41.     Plaintiff incorporates paragraphs 1 through 40.

42.     At all times relevant to this action ECMC is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

43.     ECMC has violated Florida Statute §559.72(3) by telling a debtor who disputes a consumer debt that she or he or any person employing him or her will disclose to another, orally or in writing, directly or indirectly information affecting the debtor's reputation for credit worthiness without also informing the debtor that the existence of the dispute will also be disclosed as required by §559.72(6).

44.     ECMC has violated Florida Statute §559.72(7) by willfully communicating with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family.

6

45.     ECMC has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

46.     ECMC has violated Florida Statute §559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows that the debt is not legitimate.

47.     ECMC has violated Florida Statute §559.72(18) by communicating with a debtor if the person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address.

48.     ECMC's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

     **WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against ECMC for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the FCCPA- PERFORMANT)

49.     Plaintiff incorporates paragraphs 1 through 40.

50.     At all times relevant to this action Performant is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

51.     Performant has violated Florida Statute §559.72(3) by telling a debtor who disputes a consumer debt that she or he or any person employing him or her will disclose to another, orally or in writing, directly or indirectly information affecting the debtor's reputation for credit worthiness without also informing the debtor that the existence of the dispute will also be disclosed as required by §559.72(6).

52.     Performant has violated Florida Statute §559.72(7) by willfully communicating with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family.

53.     Performant has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

54.     Performant has violated Florida Statute §559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows that the debt is not legitimate.

55.     Performant's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Performant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

<u>**COUNT III**</u>
**(Violation of the FDCPA- PERFORMANT)**

56.     Plaintiff incorporates 1 through 40.

57.     At all times relevant to this action Performant is subject to and must abide by 15 U.S.C. § 1692 *et seq.*

58.     Performant has violated 15 U.S.C. § 1692(d) by willfully engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

59.     Performant has violated 15 U.S.C. § 1692(e)(2)(a) by attempting to collect on a debt from the Plaintiff which she does not owe.

8

60.     Performant has violated 15 U.S.C. § 1692(e)(4) by representing or implying that nonpayment of any debt will result in the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action.

61.     Performant has violated 15 U.S.C. § 1692(e)(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including failure to communicate that a disputed debt is disputed.

62.     Performant has violated 15 U.S.C. § 1692(f) by using unfair and unconscionable means to collect or attempt to collect any debt.

     **WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Performant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## <u>COUNT IV</u>
### (Violation of the FCCPA- PIONEER)

63.     Plaintiff incorporates paragraphs 1 through 40.

64.     At all times relevant to this action Pioneer is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

65.     Performant has violated Florida Statute §559.72(3) by telling a debtor who disputes a consumer debt that she or he or any person employing him or her will disclose to another, orally or in writing, directly or indirectly information affecting the debtor's reputation for credit worthiness without also informing the debtor that the existence of the dispute will also be disclosed as required by §559.72(6).

66.     Pioneer has violated Florida Statute §559.72(7) by willfully communicating with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family.

67.     Pioneer has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

68.     Pioneer has violated Florida Statute §559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows that the debt is not legitimate.

69.     Pioneer's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

        **WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Pioneer for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

### COUNT V
### (Violation of the FDCPA- PIONEER)

70.     Plaintiff incorporates 1 through 40.

71.     At all times relevant to this action Pioneer is subject to and must abide by 15 U.S.C. § 1692 *et seq.*

72.     Pioneer has violated 15 U.S.C. § 1692(d) by willfully engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

73.     Pioneer has violated 15 U.S.C. § 1692(e)(2)(a) by attempting to collect on a debt from the Plaintiff which she does not owe.

74.     Performant has violated 15 U.S.C. § 1692(e)(4) by representing or implying that nonpayment of any debt will result in the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action.

75.     Performant has violated 15 U.S.C. § 1692(e)(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including failure to communicate that a disputed debt is disputed.

76.     Pioneer has violated 15 U.S.C. § 1692(f) by using unfair and unconscionable means to collect or attempt to collect any debt.

        **WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Pioneer for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper

Respectfully submitted,

s/*Amanda Allen*

Amanda Allen, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
AAllen@ForThePeople.com
Jestrada@ForThePeople.com
Florida Bar #: 0098228
Attorney for Plaintiff

Department 716
PO BOX 4115
CONCORD CA 94524



**ECMC**
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

866-808-7284

April 8, 2010

Address Service Requested

#BWNFTZF #PCN5980465810046#

SANDRA WILLIAMS
1776 6TH ST NW APT 801
WINTER HAVEN FL 33881-2179

EDUCATIONAL CREDIT MANAGEMENT CORPORATION
C\O Premiere Credit of North America, LLC
P.O. BOX 19309
INDIANAPOLIS, IN 46219-0309

Debtor: SANDRA WILLIAMS
Principle on Loan: $3644.72
Collection Fees: $1549.34

Creditor:  Educational Credit Management Corp.
Interest on Principle:  $5078.57
BALANCE DUE: $10272.63

You have defaulted on your Student Loan to the above Guarantee Agency. The above Guarantee Agency, which guaranteed the loan, has paid the default claim filed by the lender and taken assignment of the debt. We are attempting to collect that debt on behalf of the Guarantee Agency.

If you contact us, we can make payment arrangements. If payment arrangements are not made, we will be forced to collect the debt through means that may include wage garnishment or intercepting tax refunds. The Guarantee Agency will also report the default to all national credit bureaus, which will harm your credit rating.

**The above demand is subject to your rights to validate the debt as follows:** This is an attempt to collect a debt and any information obtained will be used to collect the debt. Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you request this office within thirty days from receiving this notice, in writing, this office will obtain verification of the debt or a copy of a judgement. If you request this office within thirty days after receiving this notice, we will provide you with the name and address of the original creditor.

You can request an administrative review. At that review you may object on the following grounds:
a.  That your loan is or was not past due with the lender; or
b.  The balance owed is incorrect; or
c.  You did not incur this debt.

If the ruling at the administrative review is adverse to you, you may then request a review by the executive director of the guarantee agency or authorized representative of that decision.

Any check that is returned for non-sufficient funds or uncollected funds may be collected electronically.

Per New York City regulations, Premiere Credit North America is required to provide the following information:
Return phone number: 866-808-7284
Original creditor: Educational Credit Management Corp.
• Representative to call: DIANA ABNER
• Balance due: $10272.63

**866-808-7284 Toll Free**
PLEASE SEND PAYMENTS TO: LOCKBOX 8822 P.O. BOX 75848, ST PAUL, MN 55175-0848

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
✂ **\*\*\* PLEASE DETACH LOWER PORTION AND RETURN WITH PAYMENT IN THE ENCLOSED ENVELOPE \*\*\*** ✂

If you wish to pay by VISA, Master Card, or Discover, **complete the information below and return the coupon** in the enclosed envelope. A fee of $5.00 per $150.00 for Visa, Master Card, and Discover transactions will be assessed.  Please take this fee into **consideration** when **calculating** your payment amount.  Any fee incurred in the processing of a credit card payment will be included in the total payment amount processed.  If you have any questions, **or would like to pay by other means** please call our toll free number so that a member of our courteous staff can provide additional details.

[VISA]   [MasterCard]   [Discover]          **(CIRCLE ONE)**

CREDIT CARD # _____          EXPIRATION DATE _____

AMOUNT OF PAYMENT $_____          DATE _____

CARDHOLDER NAME _____

CARDHOLDER SIGNATURE _____

CARDHOLDER'S ZIPCODE _____

**EXHIBIT**
**A**
tabbies

Please fill out if address has changed.

Address:_____

City, State, Zipcode:_____

This communication is from a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Information regarding this debt may be submitted to a credit reporting agency if you fail to fulfill the terms of your obligation. Our Office Hours are MON - THUR 8:00 AM - 9:00 PM, FRI 8:00 AM - 5:00 PM, SAT 9:00 AM - 1:00 PM EST

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**Colorado Residents:** This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify us that you dispute the validity of this debt or any portion thereof, within 30 days after receipt of this letter, we shall assume this debt is valid. If you notify us, in writing, within the 30 day period, that you dispute this debt, or any portion thereof, we will obtain verification of this debt or judgment, if one exists, and will mail you a copy. Upon your written request, within the 30 day period, we will provide you with the name and address of the original creditor, if different from the current creditor. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

MAILING ADDRESS: PO Box 19309, Indianapolis, IN 46219
OFFICE ADDRESS: 2002 N. Wellesley Blvd. Suite 100, Indianapolis, IN 46219
TOLL FREE: 866-808-7284        FAX: 317-972-6502

**Maine:** Our Office Hours are MON - THUR 8:00 AM - 9:00 PM, FRI 8:00 AM - 5:00 PM, SAT 9:00 AM - 1:00 PM EST Our company street address is: 2002 N. Wellesley Blvd. Suite 100 Indianapolis, IN 46219

**Massachusetts Residents:** Office address: 49 Winter Street, Weymouth, MA 02188 Office Hours: Monday - Friday 9:00am to 5:00pm **TOLL FREE 866-808-7284**
PLEASE SEND PAYMENTS AND CORRESPONDENCE TO: P.O. BOX 19309, INDIANAPOLIS, IN 46219-0309

**Minnesota Residents:** This collection agency is licensed by the Minnesota Department of Commerce.

**New York City Residents:** NYC License # 1089534

**North Carolina Residents:** North Carolina Permit # 3560

**Tennessee Residents:** PLEASE SEND CORRESPONDENCE TO: PO Box 19309, Indianapolis, IN 46219

**Wisconsin Residents:** This collection agency is licensed by the Office of the Administrator of the Division of Banking, PO Box 7876, Madison, Wisconsin 53707

**Nevada:** If you pay or agree to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as:

(1) As acknowledgement of the debt by you; and

(2) A Waiver by you of any applicable statue of limitations as set forth in NRS 11.190 that otherwise precludes the collection of the debt; and if you do not understand or have questions concerning your legal rights or obligations relating to the debt, you should seek legal advice.

April 27, 2010



# ECMC
### EDUCATIONAL CREDIT
### MANAGEMENT CORPORATION

SANDRA WILLIAMS
1776 6TH ST NW  APT 801
WINTER HAVEN FL  33881-2179

RE: Student Loan(s)
**ACCT/LOAN #:** 709542/ 1
**BALANCE:** $10,287.89

Dear SANDRA  WILLIAMS

Your student loan(s), which was previously placed with an outside collection agency, has been returned to
the Educational Credit Management Corporation (ECMC), your guarantor.

You have 30 days from the date of this letter to contact ECMC to establish a satisfactory repayment
arrangement to resolve your defaulted student loan(s).

**ECMC demands that you immediately begin repayment of this debt. FAILURE TO CONTACT ECMC
to either pay the loan in full or arrange a satisfactory payment schedule may result in the following
debt recovery actions:**

- Contacting your employer to seize a portion of your paycheck through Administrative Wage
  Garnishment.
- Referral to a professional collection agency.
- Referral of your debt to the federal government for collection by seizure of any state and federal
  income tax refunds and other payments made to you by the federal government.
- Assignment of your debt to the U.S. Secretary of Education for collection and other lawful collection
  means to collect the debt.
- The filing of a civil suit against you to compel repayment of the debt.

We urge you to promptly respond to this notice.  This may be your final opportunity to resolve this matter.

You must contact ECMC immediately at **800.780.7997** or **651.221.0037** from 7:00 a.m.-4:30 p.m. CST
Monday through Thursday, and 7:00 a.m.-12:30 p.m. CST, Friday or e-mail us at **collections@ecmc.org**.

Please send your payment to the following address:

**ECMC
Lock Box 8639
P.O. Box 75848
St. Paul, MN 55175-0848**

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION**    040



EXHIBIT
B

# DCS

**DIVERSIFIED COLLECTION SERVICES, INC.**
A PERFORMANT COMPANY

*Collector Name: Hal Cox*
*Collector Phone: 541-955-7800*
*Main Line: 209-858-0600*

*333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661*

August 7, 2012

003903
SANDRA WILLIAMS
1776 6TH NW ST
APT 801
WINTER HAVEN FL 33881-2179 1

| | |
|---|---|
| Claim of: | Educational Credit Management Corporation |
| Original Lender: | FDIC AS RECEIVER FOR AMERICAN SAVIN |
| Account No: | 90019953919 |
| Balance: | $11,752.48 |

As of the date of this letter, you owe the balance reflected. Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you. For further information on your balance, write to DCS or call toll-free 800-927-7667.

Dear SANDRA WILLIAMS:

This letter serves as formal notice that your above-referenced delinquent account has been referred to Diversified Collection Services, Inc. (DCS, Inc.) for collection.

Due to your failure to honor your obligation with your institution, the entire unpaid balance of your account has become due and payable and your original repayment plan is null and void. Request is hereby made that you contact us to make arrangements to repay the balance of your account.

Be advised that if necessary we will use any authorized approved means available to us to collect this debt. If authorized by our client, these may include Administrative Wage Garnishment under 20 U.S.C. § 1095a. In addition, our client has advised us it will report your default to all national credit bureaus, which may affect your ability to obtain credit. Our client is also required to report your account to the U.S. Department of the Treasury to offset any payments you receive from the federal retirement benefits, and/or other financial assistance if your account is not in repayment.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

If you wish to avoid further collection procedures you may remit the entire balance of your account, made payable to our client, directly to Diversified Collection Services, Inc., P.O. Box 9057, Pleasanton, CA 94566-9057, or contact DCS, Inc. at 541-955-7800, to make arrangements to retire your obligation.

Sincerely,
DCS, Inc.
Hal Cox

## SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION.

DEF/LR096 XX *2-217281183*


**EXHIBIT**
**C**

August 13, 2012

DCS

333 North Canyons Parkway Suite 100

Livermore, CA 94551-7661

Claim of: Educational Credit Management Corporation

Original Lender: FDIC As Receiver for American Savin

Account No: 90019953919

Balance: 11,752.48

To: Sandra Williams

I received your letter today and I am notifying your office that I dispute the validity of this debt or any portion thereof.

Please provide verification of the debt or provide me with a copy of a judgment, as well as the original name and address of the original creditor, as well as the SSN.

Very truly yours,

Sandra Williams

Copy of your notice enclosed.


EXHIBIT
D



**Performant**
Recovery INC

*Formerly known as Diversified Collection Services, Inc. (DCS, Inc.)*
*333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661*

*Collector Name: Hal Cox*
*Collector Phone: 541-955-7800*
*Main Line: 209-858-0600*

August 28, 2012

```
* 2 - 2 1 8 9 3 0 1 3 1 *
```
SANDRA WILLIAMS
1776 6TH NW ST
APT 801
WINTER HAVEN FL 33881-2179 1

Re:                    Performant Recovery, Inc.
Claim of:              Educational Credit Management Corporation
Original Creditor:     FDIC AS RECEIVER FOR AMERICAN SAVIN
Account No:            90019953919

Dear SANDRA WILLIAMS:

As you are aware, Performant Recovery, Inc. is responsible for collecting your defaulted student loan(s). You have requested validation of your obligation. Enclosed is a copy of the document(s) which will establish the validity of your debt.

We will hold your account for ten (10) days, from the date of this letter to give you the opportunity to evaluate this information and to make arrangements to repay this obligation. Keep in mind that we are entitled to use, and we intend to use, all approved means at our command to collect debts which have been referred to us. This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

 Failure to respond within the allotted time may result in your file being considered for potential administrative wage garnishment. If you should have any questions in regards to this matter, you may call me at 541-955-7800 .

Sincerely,
Performant Recovery, Inc.
Hal Cox
541-955-7800

Enclosure
CS

**SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION.**

*Formerly known as Diversified Collection Services, Inc. (DCS, Inc.)*



**EXHIBIT**
E

# IMPORTANT NOTICE OF RIGHTS

*If this is the first notice you receive, be advised that:*

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

**California** – The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the federal trade commission at 1-877-FTC-HELP or www.ftc.gov.

**Colorado** – FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Colorado residents may contact our office by telephone at 800-866-5317.
In State Office Address: 27 North Willerup, Suite B, Montrose, CO 81401. Phone: (970) 249-7514.

**Maine** – Maine residents may contact our office by telephone at 800-866-5317 between the hours of 9:00 a.m. to 6:00 p.m. PST.

**Massachusetts** – Massachusetts residents may contact our office by telephone at 800-866-5317 between the hours of 9:00 a.m. to 6:00 p.m. PST. The business address is: 333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661. Massachusetts Law requires that we inform you:

## NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**Minnesota** – Minnesota law requires that we inform you that "This collection agency is licensed by the Minnesota Department of Commerce".

**New York City** – Performant Recovery, Inc. is licensed to operate in New York City by the New York City Department of Consumer Affairs under License Numbers 0958746, 1239342, 1239344 and 1233460.

**North Carolina** – Performant Recovery, Inc. is licensed to operate under Permit numbers 4381, 4382, 4383 and 100791.

**Tennessee** – Performant Recovery, Inc. is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

**Wisconsin** – Wisconsin Law requires that we inform you that "This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, WI 53707.

**Performant** Ⓟ
Recovery INC
*Formerly known as Diversified Collection Services, Inc. (DCS, Inc.)*
*P.O Box 9054, Pleasanton, CA, 94566-9054*

Collector Name: *Wayne Kelly*
Collector Phone: *541-955-7800*
Main Line: *209-858-0600*

September 9, 2012

00010552 1 SP 0450
հլլիլիիիլիիսիլիլիսիներիիլիինիպիիիսիիսիիսիիիսիվ
SANDRA WILLIAMS
1776 6TH NW ST
APT 801
WINTER HAVEN FL 33881-2179 1

# ADVISORY NOTICE

| Re: | Performant Recovery, Inc. |
|---|---|
| Claim of: | Educational Credit Management Corporation |
| Original Creditor: | FDIC AS RECEIVER FOR AMERICAN SAVIN |
| Account No: | 90019953919 |
| Balance: | $ 11782.14 |

As of the date of this letter, you owe the balance reflected. Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you. For further information on your balance, write to Performant Recovery, Inc. or call toll-free 800-927-7667.

Dear SANDRA WILLIAMS:

As you are aware by now, Performant Recovery, Inc. is responsible for collecting your defaulted student loan(s). Through information previously sent to you by your lender, our client and by Performant Recovery, Inc. it should be obvious that the Federal Government has implemented stringent measures to recover their defaulted Guaranteed Student Loan (GSL) funds. Several of the measures you are or may be subject to are as follows:

- Our client has informed us it will report your default to all of the major consumer reporting agencies and this information will remain on your credit profile for up to 7 years from the date of default.
- Your name and social security number are submitted annually to the US Department of Treasury to offset any payments you receive from the federal government such as tax refunds, federal retirement benefits, and/or certain other financial assistance. In some states, the state tax board is authorized, to withhold any tax refund due you as well.
- Each guarantor is required by law to add the costs of collection to your defaulted loan. Although costs may vary between guarantors, the U.S. Department of Education is, as an example, currently adding 24% of the total balance as collection costs to the defaulted loans they are collecting.
- Additionally, administrative wage garnishment provisions of P.L. 102-164, as amended by P.L. 109-171, provide for garnishment of the defaulted borrowers wages directly from their employer without going to court. Once the required notification has been completed, a wage withholding order is sent to their employer requiring the employer to deduct 15% of their net income before they are paid. This federal wage garnishment law overrides all existing state garnishment laws. This law requires prior notification to defaulted borrowers of an intent to garnish and the right to request an administrative hearing in order to contest a wage garnishment.
- A law has been passed which eliminated the statute of limitations as a defense to repaying a guaranteed student loan.
- Laws restricting the dischargeability through bankruptcy of guaranteed student loans have been enacted.

Due to the severity of these measures, we are allowing defaulted borrowers a chance to establish a satisfactory repayment schedule so they can voluntarily retire their obligation on more lenient terms. We urge you to contact our firm to begin repayment of your defaulted loan(s). This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

Contact your Performant Recovery, Inc. Account Representative, Wayne Kelly, at 541-955-7800.   x 6559 Steward
Kona Steward

## SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION.



EXHIBIT
F

IMPORTANT NOTICE OF RIGHTS

**_If this is the first notice you receive, be advised that:_**

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

### FLOYD, SAMMONS & SPANJERS, P.A.
### ATTORNEYS AT LAW
1556 SIXTH STREET, S.E.
WINTER HAVEN, FLORIDA 33880-4509

THOMAS C. FLOYD*
ROBERT O. SAMMONS
CRAIG M. SPANJERS
TRACY M. WYNTER#
*of Counsel

AREA CODE 863
TELEPHONE 293-3801
FACSIMILE 294-0976
#Admitted in Florida
and Pennsylvania

September 24, 2012

**Via Certified Mail: 7011 1570 0001 8404 8788**
Performant Recovery, Inc.
333 North Canyons Parkway, Suite 100
Livermore, CA 94551-7661

Re:     Sandra Williams, 1776 Sixth Street NW, Apt 801, Winter Haven, FL 33881-2179
        Account Number: 90019953919

Gentlemen:

You have the wrong girl.

I represent Sandra Williams of 1776 Sixth Street NE, Apt 801, Winter Haven, FL 33881-2179. You have been sending claims demanding payment from my client based on a December 28, 1989 judgment issued by the State of New York Supreme Court for the County of Albany against someone with the name of Sandra Williams.

In 1989 my client was not known as Sandra Williams. Her name was Sandra Krotki. My client did not become known as Sandra Williams until her marriage on April 14, 2007. It appears that the Sandra Williams who was the subject of the judgment had a Social Security number of 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. This is not my client's Social Security number.

I will not get into the fact that Florida law would not respect a judgment that is over twenty-two years old anyway. It suffices to say you have the wrong person. Please immediately cease and desist all further communications with my client regarding this issue.

I believe that the principal is owed money, and I wish them well.

Sincerely yours,

Robert O. Sammons

ROS/cos
W:\Docs\General Client Files\S-Z\Williams, Jerry - will6932\Mistaken Identity Issue\Correspondence\20120924 Letter to Performant Recovery.doc

Bob@WinterHavenLegal.com               Craig@WinterHavenLegal.com               Tracy@WinterHa

EXHIBIT
G

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Performant Recovery, Inc.
333 North Canyons Parkway
Suite 100
Livermore, CA 94551-7661

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7011 1570 0001 8404 8788

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

Floyd, Sammons & Spanjers, P.A.
1556 Sixth Street SE
Winter Haven, FL 33880-4509



7011 1570 0001 8404 8788

**CERTIFIED MAIL**

Performant Recovery, Inc.
333 North Canyons Parkway, Suite 100
Livermore, CA 94551-7661

---







## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 0.45 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.75 |

Postmark Here

Sent To
Performant Recovery, Inc.
Street, Apt. No.; 333 North Canyons Parkway
or PO Box No. Suite 100
City, State, ZIP+4
Livermore, CA 94551-7661

PS Form 3800, August 2006        See Reverse for Instructions

35A Rust Lane
Boerne, TX 78006-8202

203624

09/17/2013

*P* **Pioneer**
CREDIT RECOVERY, INC.
26 Edward Street, Arcade, NY 14009  1-855-202-7004

CREDITOR: Educational Credit Management Corporati
REFERENCE #: 203624
CURRENT BALANCE: $12196.41

014
1 AB   *A-02-XFK-AM-10082-40

SANDRA WILLIAMS
1776 6TH ST NW APT 801
WINTER HAVEN FL 33881-2179

PIONEER CREDIT RECOVERY, INC.
PO BOX 92
ARCADE NY 14009-0092

---

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT

---

Your past due account(s) have been referred to our agency for collection. If you wish to resolve your obligation, call us toll free at 1-855-202-7004. All payments must be sent to PIONEER CREDIT RECOVERY, INC. P.O. Box 92 Arcade, NY 14009 to ensure proper credit to the account. Please call to discuss a resolution to this matter.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, you owe the balance shown on this letter. Because you may be required to pay interest on the outstanding portion of your balance, as well as late charges and other charges that may vary from day to day, the amount required to pay your balance in full on the day you send payment may be greater than the amount stated here. If you pay the amount stated here, an adjustment may be necessary after we receive your payment. In that event, we will notify you of any adjustment in your balance. We encourage you to call Pioneer Credit Recovery prior to making a payment intended to pay your balance in full. Please contact this office at the address on this letter, or call the number listed above.

* Please note the above bar coded address 35A Rust Lane, Boerne, TX 78006-8202 located in the left hand upper corner of this notice, is not the address of Pioneer Credit Recovery, Inc. This address is for processing undeliverable mail only. Please do not send correspondence or payments to that address. Please send all payments to PIONEER CREDIT RECOVERY, INC., P.O. Box 92, Arcade, NY 14009, all other correspondence needs to go to P.O. Box 110, Perry, NY 14530.

| Creditor | Account # | Cur Bal | Int Rate |
|---|---|---|---|
| Educational Credit Manage | XXXXXXXXX-01 | 12196.41 | 9.00000% |



EXHIBIT
H

Floyd, Sammons & Spanjers, P.A.
1556 6th Street SE
Winter Haven, FL 33880

Pioneer Credit Recovery, Inc.
26 Edward Street, Arcade, NY 14009





| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>*Pioneer Credit Recovery, Inc*<br>*26 Edward Street*<br>*Arcade, NY 14009* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7011 1570 0001 8404 9433 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ .46 |
| Certified Fee | 3.10 |
| Return Receipt Fee<br>(Endorsement Required) | 2.55 |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark
Here

Sent To *Pioneer Credit Recovery Inc*
Street, Apt. No.;
or PO Box No. *26 Edward Street*
City, State, ZIP+4 *Arcade, NY 14009*

PS Form 3800, August 2006      See Reverse for Instructions

7011 1570 0001 8404 9433

CERTIFIED MAIL™

# ECMC

P.O. Box 64909
St. Paul, MN 55164-0909

October 14, 2013



Sandra Williams
1776 6th NW St Apt 801
Winter Haven FL 33881

## NOTICE OF DEFAULT

Dear SANDRA WILLIAMS:
Personal Identification Number: 709542

As a result of your failure to meet your federal student loan repayment obligation, Educational Credit Management Corporation (ECMC), as guarantor of your loan, was required to pay a default claim to your lender and take assignment of your loan(s) as shown in **Attachment B**. Your total payoff amount as of the date of this letter is $0.00.

Interest that accrued prior to payment of the default claim has been capitalized to form a new principal balance. Important information about interest accrual, collection costs and your rights is included in **Attachment A**.

## Consequences of default

You may be subject to some or all of the following actions, but you should know that if you make satisfactory arrangements to repay this debt, the consequences may be minimized.

- Initiation of the Administrative Wage Garnishment process, which could result in seizure of a portion of your paycheck
- Initiation of the seizure by the federal government of payments due to you such as your state and federal income tax refunds
- Assignment of your debt to the U.S. Department of Education, which may result in the federal government filing a lawsuit against you
- Refusal of certification or revocation of license for certain professions or occupations
- Ineligibility for additional Title IV student financial aid (grants or loans)
- Filing of a civil suit against you, or any other lawful actions, to collect the debt
- Reporting of the default to all nationwide consumer reporting agencies, which may damage your credit
- Addition of collection costs to your loan balance of up to 24.34% (subject to change) pursuant to federal regulations

## We want to help you

According to the federal regulations governing this debt, **you must begin repayment immediately.** We are here to help you understand your repayment options and find one that works for your situation. Call us to discuss your options or, you can make a payment or set up arrangements online.

- **Online.** It's easy. Set up a repayment arrangement or make payments online at www.ecmc.org/myaccount

- **Call us.** Monday - Thursday 8:00 AM - 9:00 PM; and Friday 8:00 AM - 7:00 PM Central Time 866-377-2793 (toll-free)

- **Mail a payment.** If you mail a payment, include your Social Security or Personal Identification number on the check.

ECMC
Lock Box 8639
P.O. Box 75848
St. Paul, MN  55175-0848





EXHIBIT
J

## Options to remove the loan from default

There are options to remove the loan from default—see below.

- **Payment in Full**—Although you may pay your defaulted student loan(s) in full at any time, if you pay the loan balance in full within sixty (60) days of the date of this letter, the defaulted information <u>will not be reported</u> to the credit reporting agencies and collection costs <u>will not be added</u> to the balance of your loan.

- **Loan Rehabilitation**—ECMC will attempt to secure an eligible lender to purchase qualified loans after you have made nine (9) full, voluntary, on-time payments (within 20 days before or after the scheduled payment date) over a ten-month period. Your new lender will capitalize any outstanding interest and collection costs (capped at 18.5%) to your principal balance. Within forty-five (45) days of the sale of the qualified loan(s), ECMC will submit a request to the credit reporting agencies to remove ECMC's report of the default.

- **Direct Loan Consolidation**—Most defaulted loans can be consolidated if you make three (3) consecutive, voluntary, on-time monthly payments *or* agree to repay the new Direct Consolidation Loan under either the Income Contingent Repayment (ICR) plan or Income Based Repayment (IBR) plan. Accrued interest and collection costs (capped at 18.5%) will be capitalized to your principal balance.

Contact us—we are here to help. You can reach a representative at 866-377-2793 or go online to make a payment at www.ecmc.org/myaccount.

Sincerely,


Educational Credit Management Corporation



**ATTACHMENT A**

## Important information and your rights

### Important information

- **Interest capitalization and accrual.** Any unpaid accrued interest prior to default has been capitalized to form a new principal balance. Interest will continue to accrue on the new principal balance at the rate specified in **Attachment B**, but may change annually if your loan(s) has a variable rate.

- **Collection costs.** Sixty (60) days after the date of this letter, pursuant to 20 U.S.C. § 1091a(b) and 34 C.F.R. § 682.410(b)(2), you will be assessed collection costs on your defaulted loan(s). These collection costs are substantial and will be a percentage of your principal and interest balance based on either the percentage calculated annually under the formula in 34 C.F.R. § 30.60 or the amount you would be charged if your loan(s) was held by the U.S. Department of Education.

### Your rights

- You can inspect and copy our records pertaining to your debt by sending a written request, which includes your Social Security number and a reasonably specific identification of the records you wish to have available for inspection and copying.

- You can request an administrative review regarding the legal enforceability or the past-due status of your loan obligation. You must make this request in writing and provide your Social Security number and an explanation of the reason(s) you believe your obligation is not legally enforceable or past due. You must also identify and provide any documents that support your claim(s). ECMC will send you a written explanation of the results of the review after it is completed.

  You *can* request an administrative review if you can *prove* the following:
  - Your loan is/was not past due with your lender.
  - The balance owed is incorrect.
  - That you did not incur this debt.

  You *cannot* request an administrative review for *any* of the following reasons:
  - You failed to repay your lender.
  - You failed to complete your education and/or were dissatisfied with the school you attended.
  - You were unable to obtain employment in the field for which the school prepared you.

**To request loan records or an administrative review, or if you have questions regarding your defaulted loan(s), please send in writing to:**

*Post Default Services*
*P.O. Box 75906*
*St. Paul, MN  55175*

- You may have the right to judicial review of an adverse decision by the agency. You may also have the right to appeal from an adverse decision on administrative review.

- If, *after you request an administrative review and receive a response from ECMC,* the issue remains unresolved, you may contact the U.S. Department of Education Student Loan Ombudsman's office (Address: Room 3012, ROB # 3, 7th and D Street SW, Washington, DC 20202; http://ombudsman.ed.gov; 877-557-2575). The Ombudsman is available as a neutral party to work with you and all parties involved assisting in resolving disputes.

- As a borrower, you may have certain legal rights in the collection of debts. You may wish to contact counselors or lawyers regarding those rights.



## ATTACHMENT B

| Loan # | Outstanding Principal | Interest Rate | Outstanding Costs | Original Lender | School |
|--------|----------------------|---------------|-------------------|-----------------|--------|



# ECMC

P.O. Box 16408, St. Paul, MN 55116-0908   P 651-221-0566   www.ecmc.org

October 25, 2013

Sandra Williams
1776 6th NW Street
Apt 801
Winter Haven, FL 33881

RE:                     Student Loan
ACCOUNT/LOAN:           709542 / 01
BALANCE:                $12,231.43

Dear Ms. Williams:

This is in response to your inquiry regarding your defaulted student loan guaranteed by Educational Credit Management Corporation (ECMC).

You attorney claims this student loan debt it not yours. Please understand ECMC cannot waive this debt based on your claims alone. A review of our records indicates there is no evidence to support your claim. **The burden to prove your claim, therefore, remains your responsibility.** If you wish to continue this dispute, please provide ECMC documentation to substantiate your claim.

In order to resolve this situation, you must provide ECMC with an **enlarged/legible** photo copy (150%) of your **social security card**, and an **enlarged/legible** photo copy (150%) of your **driver's license and a copy of your birth certificate**. Please respond within 30 days of this letter.

**Until such evidence is received, and it is found that you are not liable for this debt, ECMC must and will continue to regard this debt as outstanding and eligible for our collection activity.**

For review, the student loan ECMC holds in your name is a Stafford loan disbursed May 30, 1985 in the amount of $2,500.00 for educational expenses incurred at Cuny Corough Manhattan College. The loan was funded by FDIC as Receiver for America and the New York State Higher Education Services (HESC) was the guarantor of the loan.

When you failed to honor your repayment obligation to FDIC as Receiver for America, your account became severely delinquent and your loan was declared to be in default. On April 29, 1988, ECMC paid a default claim on your loan. **Per your promissory note, upon default, interest is capitalized, collection costs are added, and repayment is accelerated such that the entire outstanding balance becomes immediately due.**

Please note, when an educational loan attains a default status, the lender is authorized to capitalize interest. Also, pursuant to the federal regulations governing the Federal Family Educational Loan Program, guaranty agencies must add collection costs on educational loan debt when the guaranty agency pays a default claim to the lending institution. See 34 C.F.R. § 682.410(b)(2).

Due to an inability to collect on the defaulted balance from you, HESC obtained a judgment on January 4, 1990. Based on a business decision made by the U.S. Department of Education (ED), your account was transferred from HESC to ECMC on November 20, 2008 and ECMC was declared the new guarantor of your loan.



Interest also accrues on your outstanding principal balance from the date of repayment until the debt is paid in full. The longer it takes to pay off student loan debt, more interest will accumulate. The interest and collection cost must be repaid. Also be advised, any payments received by ECMC are applied as required by Federal Regulations: first 19.58% to outstanding costs, then to outstanding interest, and finally to principal. Based on this application of payments, your continuing interest accrual, and the lack of consistent payments, there is an outstanding principal balance remaining on your debt.

If you have any questions regarding this letter, please contact ECMC's Post Default Services at 800.367.1590, or e-mail: www.ecmc.org / contact us. Otherwise, please contact our Collection Department at **800.367.1589** to arrange repayment of this debt.

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION**

Enclosures



P.O. Box 16408
St. Paul, MN 55116


1/28/2014


SANDRA WILLIAMS
1776 6TH NW ST
APT 801
WINTER HAVEN, FL 33881


RE: Student Loan—Personal Identification Number *709542*
**Balance as of the date of this letter:** $12,396.32

## We're here to help.

You are receiving this letter because we have not yet heard from you with regard to your recently defaulted federal student loan debt. We understand making payments on your loan may seem difficult, and we urge you to contact us as soon as possible so we can help you find a repayment solution that works for you and your budget.

If we do not hear from you within 30 days from the date of this letter, then you may be subject to the following federally mandated steps:

- Assess collection costs to your account

- Initiate administrative wage garnishment process

- Refer your account to a collection agency

- Certify your federal income tax refund for offset so that the U.S. Department of the Treasury can seize your refund

- Assign your account to the Secretary of the U.S. Department of Education who may then file a federal lawsuit against you

We want to help you prevent that from happening.

**Get help**
We are here to help and we have several options available that could help you resolve your federal student loan. Please call us at 1-855-218-6468. Starting February 1, our account representatives are available Monday—Friday, from 7 a.m. to 11 p.m. CST. Also, repayment options can be found online at www.ecmc.org/myaccount.

Sincerely,

Educational Credit Management Corporation



JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| SANDRA WILLIAMS | EDUCATIONAL CREDIT MANAGEMENT CORPORATION, PERFORMANT RECOVERY, INC., f/k/a DIVERSIFIED COLLECTION SERVICES, INC., PIONEER CREDIT RECOVERY, INC., |

**(b)** County of Residence of First Listed Plaintiff     Polk
     *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
     *(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor, Tampa, Florida 33602
(813) 223-5505

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government Defendant
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument |    Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &    Pharmaceutical    Slander    Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |    Liability   ☐ 368 Asbestos Personal ☐ 340 Marine    Injury Product ☐ 345 Marine Product    Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |    Liability   **PERSONAL PROPERTY** ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** ☐ 710 Fair Labor Standards    Act | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending    Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management    Relations | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal    Property Damage    Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters ☐ 895 Freedom of Information |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury -    Product Liability |    Leave Act | |    Act |
| ☐ 196 Franchise |    Medical Malpractice | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 791 Employee Retirement    Income Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff |    Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | |    or Defendant) | ☐ 950 Constitutionality of |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party |    State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | |    26 USC 7609 | |
| ☐ 245 Tort Product Liability |    Accommodations   ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty    Employment   **Other:** | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other    Other   ☐ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 465 Other Immigration | | |
| | ☐ 448 Education   ☐ 555 Prison Condition |    Actions | | |
| | ☐ 560 Civil Detainee -    Conditions of    Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C 1692
Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.    **DEMAND $**    CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____ DOCKET NUMBER _____

DATE   May 27, 2014    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____